**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)*   23-_____   Chapter   11

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Unconditional Love Inc.** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **Hello Bello** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-4725895** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **17383 Sunset Boulevard, Suite B200** <br> **Pacific Palisades, CA 90272** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** <br> County | **Location of principal assets, if different from principal place of business** <br> **2101 Texas Central Pkwy** <br> **Waco, TX 76712** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.hellobello.com**

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Unconditional Love Inc.**                                                    Case number *(if known)*  **23-**
_____Name_____

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

**4461**

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor  **See Schedule 1**                          Relationship  **Affiliate**

District  **Delaware**   When  **10/23/2023**   Case number, if known  _____

Debtor **Unconditional Love Inc.**
Name

Case number (*if known*)  23-

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☒ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☒ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor   **Unconditional Love Inc.**                                    Case number (*if known*)   **23-**
     Name

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **10/23/2023**
              MM / DD / YYYY

**X**   **/s/ Erica Buxton**                                              **Erica Buxton**
     Signature of authorized representative of debtor          Printed name

Title   **Chief Executive Officer**

---

**18. Signature of attorney**

**X**   **/s/ Edmon L. Morton**                              Date   **10/23/2023**
     Signature of attorney for debtor                           MM / DD / YYYY

**Edmon L. Morton**
Printed name

**Young Conaway Stargatt & Taylor, LLP**
Firm name

**1000 North King Street**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **302-571-6600**          Email address   **emorton@ycst.com**

**3856 DE**
Bar number and State

**<u>ATTACHMENT A TO VOLUNTARY PETITION</u>**

**1.  Pending Bankruptcy Cases Filed by Affiliates of the Debtor**

Concurrently herewith, each of the affiliated entities listed below, including the Debtor filing this petition (collectively, the "<u>Debtors</u>"), filed a petition in the United States Bankruptcy Court for the District of Delaware (this "<u>Court</u>") for relief under chapter 11 of title 11 of the United States Code.

| |
|---|
| Unconditional Love Inc. |
| The Best Training Pants in the World Inc. |
| Unconditional Love Canada, Inc. |

Contemporaneously with the filing of their voluntary petitions, the Debtors filed a motion requesting that this Court jointly administer their chapter 11 cases for procedural purposes only.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| UNCONDITIONAL LOVE INC., *et al.*,[1] | Case No. 23-_____ (___) |
| Debtors. | (Joint Administration Requested) |

**CONSOLIDATED LIST OF CREDITORS
HOLDING THE 30 LARGEST UNSECURED CLAIMS**

Set forth below is the list of creditors that hold, based upon information presently available and belief, the thirty (30) largest unsecured claims (the "Top 30 List") against Unconditional Love Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors"). This list has been prepared based upon the books and records of the Debtors. The Top 30 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 30 List does not include: (1) persons who come within the definition of an "insider" as set forth in 11 U.S.C. § 101(31); or (2) secured creditors, including those creditors with a right to setoff under applicable law, unless the value of the collateral (or amount entitled to be offset) is such that the unsecured deficiency places the creditor among the holders of the thirty (30) largest unsecured claims. The information presented in the Top 30 List shall not constitute an admission by, nor is it binding on, the Debtors. The information presented herein, including, without limitation, (a) the failure of the Debtors to list any claim as contingent, unliquidated, disputed, or subject to a setoff; or (b) the listing of any claim as unsecured neither constitutes an admission by the Debtors that the secured lenders listed hold any deficiency claims, nor constitutes a waiver of the Debtors' rights to contest the validity, priority, nature, characterization, and/or amount of any claim.

*[List appears on next page]*

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification number, are Unconditional Love Inc. d/b/a Hello Bello (5895), Unconditional Love Canada, Inc., and The Best Training Pants in the World Inc. (9369). The Debtors' headquarters is located at 17383 Sunset Blvd, Suite B200, Pacific Palisades, CA 90272.

**Fill in this information to identify the case:**

Debtor name _____ **Unconditional Love Inc., et al.** _____

United States Bankruptcy Court for the: _____ District of **Delaware**
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders[*]

**12/15**

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **Irving Consumer Products Ltd.** 100 Midland Drive Dieppe, NB E1A6X4 Canada | Thomas Gore P: 470-380-1451 gore.thomas@irvingconsumerproducts.com | Trade Payable | Contingent, Unliquidated, Disputed | | | **$22,054,311.10** |
| 2 | **Industrias Maquin S.A. de C.V.** Retorno 2 Esteban de Antunano #8 74160 Mexico | Felipe de Jesus Luna Cortes P: 52-1-237-126-4484 flunac@industriasmaquinsa.com.mx | Trade Payable | | | | **$3,050,765.12** |
| 3 | **FlexLink System, Inc.** 6580 Snowdrill Rd Allentown, PA 18106 | Jared Polchinski P: 804-897-2057 Jared.Polchinski@coesia.com | Trade Payable | Contingent, Unliquidated, Disputed | | | **$1,524,856.35** |
| 4 | **Facebook** 1 Hacker Way Menlo Park, CA 94025 | Evelyn Mckenzie P: 512-360-9108 evelynsmckd@fb.com | Trade Payable | | | | **$1,498,848.97** |
| 5 | **CSC Leasing Co.** 6802 Paragon Pl Suite 350 Richmond, VA 23230 | John Croney P: (T):  804-673-1000   (M): 302-384-1880 jcroney@cscleasing.com | Equipment Lease | | | | **$1,472,373.92** |
| 6 | **FedEx** Dept LA PO Box 21412 Pasadena, CA 91185 | Elmore Washington P: 805-416-6907 ewashington@fedex.com | Trade Payable | | | | **$1,393,230.68** |
| 7 | **SCG Capital Corporation** 74 West Park Place Stamford, CT 06901 | John J Strabo P: (T):  703-243-8008   (M): 703-283-7310 jstrabo@scglease.com | Equipment Lease | | | | **$1,322,020.00** |
| 8 | **Fitesa Simasonvile, Inc.** 840 S.E. Main Street Simpsonville, SC 29681 | Filipe Couto P: 864-967-5911 fcuto@fitesa.com | Trade Payable | | | | **$1,171,877.56** |

Debtor Name **Unconditional Love Inc., et al.**   Case Number _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | **MeriCal, LLC** 2995 E Miraloma Avenue Anaheim, CA 92806 | Marissa Reyna P: 714-238-7225 MREYNA@merical.com | Trade Payable | Contingent, Unliquidated, Disputed | | | **$1,090,616.96** |
| 10 | **NFS Leasing, Inc.** 900 Cummings Center Suite 226-U Beverly, MA 01915 | Eric Renaud P: (T): 978-712-4055 (M): 603-988-4792 ericr@nfsleasing.com | Equipment Lease | | | | **$980,440.00** |
| 11 | **Brands International Corp** 594 Newpark Blvd. Newmarket, ON L3X252 Canada | Demi Zhao P: 905-830-4404 Ext. 244 demiz@brandsicorp.com | Trade Payable | | | | **$924,948.99** |
| 12 | **Bell International Laboratories, Inc** 2250 Lexington Ave South Eagan, MN 55121 | Razan Chehouri P: 612-721-3976 Ext. 179 R.Chehouri@bellintlabs.com | Trade Payable | | | | **$888,413.81** |
| 13 | **36th Street Capital Partners, LLC** 15 Maple Avenue Morristown, NJ 07960 | Christopher Szopa P: (T): 832-899-4845 (M): 831-775-6287 cszopa@36thstreetcapital.com | Equipment Lease | | | | **$808,042.88** |
| 14 | **Justman Packaging & Display** 5819 Telegraph Road Commerce, CA 90040 | Joshua Justman P: 323-728-8888 Justman@justmanpackaging.com | Trade Payable | | | | **$745,625.27** |
| 15 | **IBOTTA INC.** 1801 California St Suite 400 Denver, CO 80202 | Ryan Johnson ryan.johnson@ibotta.com | Trade Payable | | | | **$665,354.09** |
| 16 | **Placements Unlimited Inc** 932 N Valley Mills Dr Waco, TX 76710 | Karla Ramirez P: 254-741-0526 Karla@puiwaco.com | Trade Payable | | | | **$510,432.33** |
| 17 | **Berry Global, Inc.** 101 Oakley Street Evansville, IN 47710 | Robby Benz/ Pat Mahoney P: 843-597-4786/ 513-518-2894 robbybenz@berryglobal.com/ patmahoney@berryglobal.com | Trade Payable | | | | **$499,431.57** |
| 18 | **Phaedrix International LTD.** Hunkins Waterfront Plaza Suite 556 Charlestown, IN NWI | Rusty Ables rus@phaedrix.com | Trade Payable | | | | **$494,782.42** |
| 19 | **American Hygienics Corp Ltd** Room 388, Area A 3rd Floor, Building 1, Lane 3129 Shanghai, 201602 China | Prasun Tiwari prasun.tiwari@amhygienics.com | Trade Payable | | | | **$380,372.00** |
| 20 | **Packaging Corporation of America** 1955 West Field Court Lake Forest, CA 60045 | Michael Mehler P: (T): 254-399-2708 (M): 254-366-0566 mmehler@packagingcorp.com | Trade Payable | | | | **$362,088.57** |

Debtor Name **Unconditional Love Inc., et al.**   Case Number _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | **Bay Cities Container Corporation** 5138 Industry Ave Pico Rivera, CA 90660 | Joseph Saleh P: 562-551-2969 JosephS@bay-cities.com | Trade Payable | | | | $349,767.02 |
| 22 | **Aplix Inc.** 12300 Steele Creek Road Charlotte, NC 28273 | Geoff Mcgregor P: 603-858-8818 gmceeregor@aplixinc.com | Trade Payable | | | | $335,016.43 |
| 23 | **SMJ, Inc.** c/o A3 Artist Agency 750 N San Vincente Blvd East Tower, 11th Floor West Hollywood, CA 90069 | Jade Sherman P: 310-859-0625 jade.sherman@a3artistsagency.com | Trade Payable | Contingent, Unliquidated, Disputed | | | $326,666.68 |
| 24 | **8451 LLC** 100 W Fifth Street Cincinnati, OH 45202 | Grant Carr P: 513-632-1020 Grant.Carr@8451.com | Trade Payable | | | | $260,799.05 |
| 25 | **Google LLC** 1600 Ampitheatre Parkway Mountain View, CA 94043 | Emily Kolker emilykolker@google.com | Trade Payable | | | | $250,002.61 |
| 26 | **Motivating Graphics, LLC** 1624 Intermodal Parkway Fort Worth, TX 76052 | Brandon Parish brandonp@motivatinggraphics.com | Trade Payable | | | | $248,788.48 |
| 27 | **IR Volt, LLC** 333 Los Olas Way Cu Fort Lauderdale, FL 33301 | Angela Lynn P: 661-309-7859 angela@influencerresponse.com | Trade Payable | | | | $239,580.00 |
| 28 | **Shalag US Inc.** P.O Box 225 917 SE Industry Dr Oxford, NC 27565 | Guy Wilson g.wilson@shalag.co | Trade Payable | | | | $228,483.26 |
| 29 | **GDM S.P.A.** Via Circonvallazione Sud, 5 Offanengo, CR 26010 Italy | Battista Freri P: (+39) 0373 530219 Battista.Freri@gdm-spa.it | Trade Payable | Contingent, Unliquidated, Disputed | | | $222,407.84 |
| 30 | **Domtar Corporation-Rent** 100 Kingsley Park Drive Fort Mill, SC 29715 | Jessika Landry P: (T): 514-848-5753 (M): 514-299-3915 Jessika.Landry@domtar.com | Rent | | | | $221,855.35 |

*On a consolidated basis. The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtor with respect to all or any portion of the claims contained herein. Moreover, nothing herein shall affect any Debtor's right to challenge the amount or characterization of any claim at a later date.

## SECRETARIAL CERTIFICATE

The undersigned, Secretary of Unconditional Love Inc. (d/b/a Hello Bello), a Delaware corporation (the "Company"), hereby certifies as follows:

1.  I am the duly qualified and elected Secretary of the Company and, as such, am familiar with the facts herein certified, and I am duly authorized to certify same on behalf of the Company.

2.  Attached hereto as Exhibit A is a true and complete copy of the Resolutions (the "Resolutions") of the Board of Directors (the "Board") of the Company, duly adopted at a lawfully convened meeting of the Board on October 23, 2023 (the "Board Meeting"), by vote of the directors. The size of the Board is five directors, and a quorum of the Board was present. The Resolutions were approved by five directors.

3.  Such Resolutions have not been amended, altered, annulled, rescinded, or revoked, and are in full force and effect as of the date hereof. There exist no other subsequent resolutions of the Board relating to the matters set forth in the Resolutions attached hereto.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 23 day of October, 2023.

By: _____
Name: Erica Buxton
Title:  Secretary

## Exhibit A

Resolutions

*See attached.*

**RESOLUTIONS**
**OF THE**
**BOARD OF DIRECTORS**
**OF**
**UNCONDITIONAL LOVE INC. (D/B/A HELLO BELLO)**
<u>**a Delaware corporation**</u>

Adopted October 23, 2023

**WHEREAS**, the board of directors (the "<u>Board</u>") of Unconditional Love Inc. d/b/a Hello Bello (the "<u>Company</u>") has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the market for the Company's assets, credit market conditions, and macroeconomic conditions impacting the Company;

**WHEREAS,** Sean Kane, Jay McGraw, and Jennifer Pullen (collectively, the "<u>Founders</u>") have submitted to the Board their respective notices of resignation for their positions as directors of the Company on October 22, 2023, effective immediately;

**WHEREAS,** the Board deems it advisable and in the best interest of the Company to appoint Erica Buxton as Secretary of the Company effective immediately, to hold such position until her successor shall be duly elected and qualified in accordance with that certain Fifth Amended and Restated Certificate of the Company, dated as of June 13, 2022 (the "<u>Restated Certificate</u>") and that certain Amended and Restated Bylaws of the Company, adopted June 14, 2022, (the "<u>Bylaws</u>") of the Company or until her resignation or removal; and

**WHEREAS**, the Board has received, reviewed, and considered the recommendations of the senior management of the Company and the Company's legal and financial advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "<u>Bankruptcy Code</u>").

**NOW, THEREFORE, BE IT:**

<u>**Resignation of Founders**</u>

**RESOLVED**, that the Company accepts the resignation of the Founders, respectively, effective October 22, 2023; and it is further

<u>**Designation of Secretary**</u>

**RESOLVED**, that Erica Buxton is appointed to serve as Secretary of the Company effective immediately, to hold such position until her successor shall be duly elected and qualified in accordance with the Restated Certificate and the Bylaws of the Company or until her resignation or removal; and it is further

**Commencement and Prosecution of the Bankruptcy Case**

**RESOLVED**, that, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, stockholders, and other interested parties that a voluntary petition (the "Petition") be filed by the Company in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") commencing a case (the "Bankruptcy Case") under the provisions of chapter 11 of the Bankruptcy Code, along with any recognition or similar proceeding in Canada that may be required in relation thereto; and it is further

**RESOLVED**, that the filing of a voluntary petition on behalf of the Company be, and the same hereby is, approved, authorized, and adopted in all respects and that the Company's chief executive officer (the "Authorized Officer"), be and hereby is, authorized and empowered on behalf of the Company, to execute, acknowledge, deliver, and verify the Petition and to cause the same to be filed with the Bankruptcy Court at such time and in such form as the Authorized Officer may determine (which approval and authorization thereof shall be conclusively evidenced by the filing of the Petition with the Bankruptcy Court); and it is further

**RESOLVED**, that the Authorized Officer be, and hereby is, authorized to (a) execute and file the Petition, along with all schedules of assets and liabilities, statements of financial affairs, lists, motions, applications, pleadings, declarations, and other papers that the Authorized Officer may determine necessary or proper in connection with such chapter 11 case, (b) execute, acknowledge, deliver, and verify any and all documents necessary or proper in connection with the Petition and to administer the Bankruptcy Case in such form or forms as the Authorized Officer may determine necessary or proper and in order to effectuate the foregoing resolutions, and (c) engage any professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants, brokers or other experts, as the Authorized Officer determines necessary or proper to accomplish the purposes of the resolutions, with any such determinations being conclusively evidenced by the executing, filing, acknowledging, delivering, verifying, or engaging thereof by the Authorized Officer); and it is further

**Retention of Professionals**

**RESOLVED**, that the law firm of Willkie Farr & Gallagher LLP ("Willkie"), located at 787 Seventh Avenue, New York, NY 10019 be, and hereby is, authorized, directed, and empowered to represent the Company as general bankruptcy counsel, to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in its Bankruptcy Case; and in connection therewith, the Authorized Officer be, and, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Willkie; and it is further

**RESOLVED**, that the law firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway"), located at 1000 North King Street, Wilmington, DE, 19801, shall be, and

hereby is, authorized, directed, and empowered to represent the Company as Delaware bankruptcy counsel, to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in its Bankruptcy Case; and in connection therewith, the Authorized Officer be, and, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Young Conaway; and it is further

   **RESOLVED**, that Emerald Capital Advisors Corp. ("Emerald"), located at 150 East 52nd Street, 15th Floor New York, New York 10022 shall be, and hereby is, authorized, directed, and empowered to provide to the Company restructuring advisors to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations in connection with the Bankruptcy Case; and in connection therewith, the Authorized Officer be, and, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate motion or application for authority to retain the services of Emerald; and it is further

   **RESOLVED**, that Jefferies LLC ("Jefferies"), located at 520 Madison Avenue, New York, NY 10022 shall be, and hereby is, authorized, directed, and empowered to serve as investment banker to represent and assist the Company in connection with the potential restructuring of the Company's business and in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations in connection with the Bankruptcy Case; and in connection therewith, the Authorized Officer be, and, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Jefferies; and it is further

   **RESOLVED**, that Stretto, Inc. ("Stretto" and together with Willkie, Young Conaway, Emerald and Jefferies, collectively, the "Advisors"), located at Stretto, Inc., 410 Exchange, Ste 100, Irvine, CA 92602, shall be, and hereby is, authorized, directed, and empowered to serve as the notice, claims, solicitation, and balloting agent in connection with the Bankruptcy Case; and in connection therewith, the Authorized Officer be, and, acting alone or in any combination, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Stretto; and it is further

   **RESOLVED**, that the Advisors are hereby authorized to take any and all actions necessary or desirable to advance the Company's rights and obligations and facilitate the Bankruptcy Case; and it is further

**Postpetition Financing and Sale Process**

**RESOLVED**, that in connection with the Bankruptcy Case, the Authorized Officer shall be, and hereby is, authorized, directed, and empowered, in the name and on behalf of the Company, as a debtor and debtor in possession, to negotiate, execute, and deliver agreements for the use of cash collateral in connection with the Bankruptcy Case, which agreement(s) may require the Company to acknowledge the debt and liens of existing loans, grant liens, and pay interest to the Company's existing lender(s) on terms substantially similar to those described or provided to the Board; and in connection therewith, the Authorized Officer is hereby authorized and directed to execute appropriate agreements and related ancillary documents; and it is further

**RESOLVED**, that, in connection with the Bankruptcy Case, the Authorized Officer shall be, and hereby is, authorized, directed, and empowered, in the name and on behalf of the Company, as a debtor and debtor in possession, to (a) negotiate, execute, and deliver agreements for postpetition financing on terms substantially similar to those described or provided to the Board; (b) pledge and grant liens on the Company's assets as may be contemplated by or required under the terms of such postpetition financing; or (c) execute, deliver, verify, and/or file, or cause to be filed and/or executed, delivered, or verified, and to amend, supplement, or otherwise modify from time to time, all necessary and appropriate documents, including, without limitation, affidavits, schedules, motions, pleadings, and other documents, agreements, and papers, postpetition financing documents, and loan agreements (including any ancillary documents thereto) in such form as the Authorized Officer may approve, and to take any and all actions that the Authorized Officer determines advisable, necessary, or appropriate in connection with any postpetition financing or any cash collateral usage contemplated hereby or thereby (such approval and the approval of the Board to be conclusively evidenced by the execution thereof or taking of such action by the Authorized Officer); and it is further

**RESOLVED**, that in connection with the Bankruptcy Case, the Authorized Officer shall be, and hereby is, authorized, directed, and empowered, in the name of and on behalf of the Company, to commence a bidding and sale process for the Company's assets and pursue negotiations with any interested parties regarding a sale of such assets pursuant to section 363 of the Bankruptcy Code or otherwise; and it is further

**RESOLVED**, that in connection with the Bankruptcy Cases, the Board has determined it is desirable and in the best interest of the Company to enter into that certain Asset Purchase Agreement, dated as of October 23, 2023, by and among Bucky Acquisition Holdco, LLC, as Purchaser, and the Company and The Best Training Pants in the World Inc., as Sellers (the "Stalking Horse Agreement"), and to continue, after commencement of the Bankruptcy Cases, the marketing for sale of the Company's assets and pursue negotiations with any interested parties regarding one or more sales of such assets or otherwise, in each case subject to further authorization of the Board of any such sale; and it is further

**RESOLVED**, that the execution and delivery of the Stalking Horse Agreement

and the other sale documents, including, without limitation, any exhibits, appendices, and schedules thereto, and the performance by the Company of its obligations thereunder, hereby are expressly authorized, adopted, confirmed, ratified, and approved, and such approval is intended to and shall constitute all authorization and approval required by the Board; and it is further

### Transaction Support Agreement

**RESOLVED**, that in connection with the Bankruptcy Cases, the Board has determined it is desirable and in the best interests of the Company to enter into that certain Transaction Support Agreement (the "TSA"), dated as of October 23, 2023, by and among (a) the Company, (b) The Best Training Pants in the World Inc., (c) Bucky Acquisition Holdco, LLC, (d) NFS Leasing, Inc., and (e) 36th Street Capital Partners, LLC, in substantially the form presented to the Board and with such other changes, additions, and modifications thereto as the Authorized Officer executing the same shall approve, such approval to be conclusively evidenced by the Authorized Officer's execution and delivery thereof; and it is further

**RESOLVED**, that in connection with the Bankruptcy Case, the Authorized Officer shall be, and hereby is, authorized, directed, and empowered, in the name of and on behalf of the Company, as a debtor and debtor in possession, to negotiate, execute, and deliver the TSA and any related documents contemplated thereby, in such form and with such changes or amendments as the Authorized Officer shall approve as necessary or desirable; and it is further

**RESOLVED**, that the execution and delivery of the TSA and any related documents, including, without limitation, any exhibits, appendices, and schedules thereto, and the performance by the Company of its obligations thereunder, hereby are expressly authorized, adopted, confirmed, ratified, and approved, and such approval is intended to and shall constitute all authorization and approval required by the Board; and it is further

### General Resolutions

**RESOLVED,** that the Authorized Officer shall be, and hereby is, authorized, directed, and empowered, in the name and on behalf of the Company, as a debtor and debtor in possession, to negotiate, execute, deliver, and perform on behalf of the Company such actions and execute, acknowledge, deliver, and verify such agreements, certificates, instruments, guaranties, notices, and any and all other documents, and to amend, supplement, or otherwise modify from time to time agreements, certificates, instruments, guaranties, notices, and all other documents, including, without limitation, affidavits, schedules, motions, pleadings, and other documents, agreements, and papers, in such form as the Authorized Officer may approve, and to take any and all actions that the Authorized Officer determines advisable, necessary, or appropriate in connection with the Bankruptcy Case or as the Authorized Officer may deem necessary or proper to facilitate the transactions contemplated by these resolutions (such approval and the approval of the Board to be conclusively evidenced by the execution thereof or taking of such action by the Authorized Officer); and it is further

**RESOLVED**, that all acts done or actions taken prior to the date hereof by the Authorized Officer or any professionals engaged by the Company with respect to any transactions contemplated by the foregoing resolutions, or otherwise in preparation for or in connection with the Bankruptcy Case, or any proceedings related thereto, or any matter related thereto, be and hereby are, adopted, approved, authorized, ratified, and confirmed in all respects as the acts and deeds of the Company; and it is further

**RESOLVED**, that these resolutions of the Board shall be filed with the minutes of the proceedings of the Board.

[Signature Page Follows]

**IN WITNESS WHEREOF**, the undersigned have hereunto set their names as of the date first above written.

**BOARD OF DIRECTORS OF
UNCONDITIONAL LOVE INC.**

By: _Erica Buxton_ _____
ERICA BUXTON

By: _Phillip Mason_ _____
PHILIP MASON

By: _____
MCCONNELL SMITH

By: _____
BRADLEY STEWART

By: _____
WAYNE WU

**IN WITNESS WHEREOF**, the undersigned have hereunto set their names as of the date first above written.

**BOARD OF DIRECTORS OF UNCONDITIONAL LOVE INC.**

By:_____
    ERICA BUXTON


By:_____
    PHILIP MASON


By:_____
    MCCONNELL SMITH

DocuSigned by:
*Bradley Stewart*
4A8FDCF0DCF8450...
By:_____
    BRADLEY STEWART


By:_____
    WAYNE WU

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| UNCONDITIONAL LOVE INC., *et al.*,[1] | Case No. 23-_____ (___) |
| Debtors. | (Joint Administration Requested) |

**CONSOLIDATED CORPORATE OWNERSHIP
STATEMENT AND LIST OF EQUITY INTEREST
HOLDERS PURSUANT TO FED R. BANKR. P. 1007(A)(1), 1007(A)(3), AND 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (the "Debtors"), to the best of their knowledge, information, and belief, hereby states as follows:

1.      Unconditional Love Canada, Inc. and The Best Training Pants in the World Inc. are wholly owned subsidiaries of Unconditional Love Inc.

2.      VMG Partners IV Coinvest, L.P., VMG Partners IV, L.P., and VMG Partners Mentors Circle IV, L.P. each directly or indirectly own 10% or more of the equity interests in the Debtors in the aggregate.

3.      A list of the Debtors' equity interest holders and the nature of their equity interests is attached hereto as **Exhibit A**.[2]

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification number, are Unconditional Love Inc. d/b/a Hello Bello (5895), Unconditional Love Canada, Inc., and The Best Training Pants in the World Inc. (9369).  The Debtors' headquarters is located at 17383 Sunset Blvd, Suite B200, Pacific Palisades, CA 90272.

[2]      As of October 20, 2023.

## Exhibit A

**List of the Debtors' Equity Interest Holders**

| Name & Address | Number | Percentage (within each class) |
|---|---|---|
| **Class A Common Stock** | | |
| ANDREW HUDSON<br>ADDRESS ON FILE | 8,590 | <1.00% |
| ANTONIO PETRILLI<br>ADDRESS ON FILE | 9,735 | <1.00% |
| AVOCADO GREEN BRANDS, LLC<br>621 BURNING TREE RD<br>FULLERTON, CALIFORNIA 92833 | 48,543 | <1.00% |
| BRUCE HECKER<br>ADDRESS ON FILE | 24,270 | <1.00% |
| CAMPBELL FAMILY PROPERTIES, LTD<br>PO BOX 15<br>VIROQUA, WISCONSIN 54665 | 42,954 | <1.00% |
| CHRISTINE KANE<br>ADDRESS ON FILE | 50,000 | <1.00% |
| DANIELLE VICK<br>ADDRESS ON FILE | 6,067 | <1.00% |
| DAVID SEGALL<br>ADDRESS ON FILE | 4,854 | <1.00% |
| DAX SHEPARD<br>ADDRESS ON FILE | 932,990 | 6.63% |
| ELIZABETH KILLMOND-ROMAN<br>ADDRESS ON FILE | 4,854 | <1.00% |
| ELTON H. CHO<br>ADDRESS ON FILE | 49,314 | <1.00% |
| ERIN MILLER<br>ADDRESS ON FILE | 24,271 | <1.00% |
| GEORGE LIN<br>ADDRESS ON FILE | 24,271 | <1.00% |

| Name & Address | Number | Percentage (within each class) |
|---|---|---|
| GRAHAM SMITH<br>ADDRESS ON FILE | 6,014 | <1.00% |
| HERREMA FAMILY TRUST<br>ADDRESS ON FILE | 17,700 | <1.00% |
| IAN AND KATHLEEN LIVING TRUST<br>ADDRESS ON FILE | 8,590 | <1.00% |
| JAMES FRANKLIN JARMAN<br>ADDRESS ON FILE | 24,271 | <1.00% |
| JAY MCGRAW<br>ADDRESS ON FILE | 3,466,904 | 24.6% |
| JEFFREY WILLIAM BELLINGHAUSEN<br>ADDRESS ON FILE | 18,203 | <1.00% |
| JENNIFER PULLEN<br>ADDRESS ON FILE | 672,285 | 4.78% |
| JEREMY MAY<br>ADDRESS ON FILE | 5,000 | <1.00% |
| JOSEPH DANIEL MATT<br>ADDRESS ON FILE | 18,486 | <1.00% |
| JULIANA SHEN<br>ADDRESS ON FILE | 36,407 | <1.00% |
| KOZICKI LIVING TRUST, DATED 11-24-08<br>ADDRESS ON FILE | 24,271 | <1.00% |
| KRISTEN BELL<br>ADDRESS ON FILE | 932,990 | 6.63% |
| MAREK HUNG FAMILY TRUST<br>ADDRESS ON FILE | 18,500 | <1.00% |

| Name & Address | Number | Percentage (within each class) |
|---|---|---|
| MAY FAMILY TRUST, U/A/D NOVEMBER 10, 2011 ADDRESS ON FILE | 5,000 | <1.00% |
| MECHANIX WEAR INC 401K RETIREMENT PLAN FBO MICHAEL J HALE ADDRESS ON FILE | 48,543 | <1.00% |
| MICAHEL MOORE ADDRESS ON FILE | 51,545 | <1.00% |
| MICHAEL KANE ADDRESS ON FILE | 23,195 | <1.00% |
| MILNER FAMILY 2014 TRUST ADDRESS ON FILE | 25,772 | <1.00% |
| PAYAM TEHRANI ADDRESS ON FILE | 13,954 | <1.00% |
| RICHARD LIN ADDRESS ON FILE | 34,363 | <1.00% |
| RICHARDS SACHS INVESTMENT PARTNERS, LLC ADDRESS ON FILE | 24,271 | <1.00% |
| ROGERS LIVING TRUST ADDRESS ON FILE | 17,181 | <1.00% |
| ROSEMARY AILEEN TORRES GUZIEJKA ADDRESS ON FILE | 12,135 | <1.00% |
| RUSSELL ALMEIDA, TRUSTEE, THE RUSSELL ALMEIDA LIVING TRUST DATED MAY 26, 2017 ADDRESS ON FILE | 12,135 | <1.00% |
| SEAN KANE ADDRESS ON FILE | 181,860 | 1.30% |

| Name & Address | Number | Percentage (within each class) |
|---|---|---|
| SPENCER JINKAI CHANG<br>ADDRESS ON FILE | 18,203 | <1.00% |
| STEPHANIE & DENNIS LOUIE<br>ADDRESS ON FILE | 8,590 | <1.00% |
| SUI MIN WONG<br>ADDRESS ON FILE | 6,067 | <1.00% |
| TAMIM MOURAD<br>ADDRESS ON FILE | 46,217 | <1.00% |
| THE BENZAKEN-KOOSED FAMILY TRUST<br>ADDRESS ON FILE | 8,590 | <1.00% |
| THE LIN FAMILY TRUST<br>C/O EDWARD LIN<br>ADDRESS ON FILE | 17,181 | <1.00% |
| THE MCCAULEY TRUST<br>ADDRESS ON FILE | 24,271 | <1.00% |
| THE MH AND NG REVOCABLE TRUST DATED FEBRUARY 7, 2018<br>ADDRESS ON FILE | 17,181 | <1.00% |
| THE STK NEVADA TRUST<br>ADDRESS ON FILE | 3,184,210 | 22.61% |
| THE SUNG HWAN HONG AND SO YOUNG HONG LIVING TRUST<br>ADDRESS ON FILE | 24,271 | <1.00% |
| TROY BAILEY<br>ADDRESS ON FILE | 12,136 | <1.00% |
| VMG PARTNERS IV COINVEST, L.P.<br>39 MESA STREET, SUITE 310<br>SAN FRANCISCO, CA 94129 | 1,669,882 | 11.90% |

| Name & Address | Number | Percentage (within each class) |
|---|---|---|
| VMG PARTNERS IV, L.P. 39 MESA STREET, SUITE 310 SAN FRANCISCO, CA 94129 | 2,034,540 | 14.44% |
| VMG PARTNERS MENTORS CIRCLE IV, L.P. 39 MESA STREET, SUITE 310 SAN FRANCISCO, CA 94129 | 52,810 | <1.00% |
| WANG LIVING TRUST | 12,135 | <1.00% |
| ZAIN PIRANI ADDRESS ON FILE | 15,706 | <1.00% |
| **Class B Non-Voting Common Stock** | | |
| ADRIAN ARCILLA ADDRESS ON FILE | 3,645 | <1.00% |
| AMY WALLACE ADDRESS ON FILE | 3,333 | <1.00% |
| ANNA YUM ADDRESS ON FILE | 2,500 | <1.00% |
| BILL DAWSON ADDRESS ON FILE | 363,297 | 20.40% |
| BRAINS ON FIRE 1263 PENDLETON STREET GREENVILLE, SC 29611 | 73,478 | 4.12% |
| BRITANNY CARTER ADDRESS ON FILE | 1,562 | <1.00% |
| CARLA ANTHIS ADDRESS ON FILE | 3,593 | <1.00% |
| CHRISTINE KANE ADDRESS ON FILE | 102,616 | 5.76% |

| Name & Address | Number | Percentage (within each class) |
|---|---|---|
| COLIN CASEY<br>ADDRESS ON FILE | 22,414 | 1.26% |
| ELIZABETH KILLMOND-ROMAN<br>ADDRESS ON FILE | 122,777 | 6.90% |
| ELLIOT WOO<br>ADDRESS ON FILE | 6,633 | <1.00% |
| ETHAN CZAHOR<br>ADDRESS ON FILE | 183,507 | 10.30% |
| JAMES CHUNG<br>ADDRESS ON FILE | 6,7770 | 3.80% |
| JOSH BREEDEN<br>ADDRESS ON FILE | 293,912 | 16.50% |
| LISA CLARK<br>ADDRESS ON FILE | 117,222 | 6.58% |
| MICHELLE KANE<br>ADDRESS ON FILE | 29,306 | 1.65% |
| PAYAM TEHRANI<br>ADDRESS ON FILE | 17,991 | 1.01% |
| ROOSEVELT HACKETT<br>ADDRESS ON FILE | 6,459 | <1.00% |
| RUSS WALLACE<br>ADDRESS ON FILE | 27,758 | 1.56% |
| TOM SHREVE<br>ADDRESS ON FILE | 17,697 | <1.00% |
| VMG PARTNERS IV COINVEST, L.P.<br>39 MESA STREET, SUITE 310<br>SAN FRANCISCO, CA 94129 | 129,698 | 7.28% |

| Name & Address | Number | Percentage (within each class) |
|---|---|---|
| VMG PARTNERS IV, L.P.<br>39 MESA STREET, SUITE 310<br>SAN FRANCISCO, CA 94129 | 158,020 | 8.89% |
| VMG PARTNERS MENTORS CIRCLE IV, L.P.<br>39 MESA STREET, SUITE 310<br>SAN FRANCISCO, CA 94129 | 4,102 | <1.00% |
| ZAIN PIRANI<br>ADDRESS ON FILE | 22,057 | 1.24% |
| **Class D Non-Voting Common Stock** | | |
| JEFF SUTTON<br>ADDRESS ON FILE | 1,508 | 100% |
| **Series A Preferred Stock** | | |
| VMG PARTNERS IV COINVEST, L.P.<br>39 MESA STREET, SUITE 310<br>SAN FRANCISCO, CA 94129 | 514,165 | 44% |
| VMG PARTNERS IV, L.P.<br>39 MESA STREET, SUITE 310<br>SAN FRANCISCO, CA 94129 | 626,446 | 54% |
| VMG PARTNERS MENTORS CIRCLE IV, L.P.<br>39 MESA STREET, SUITE 310<br>SAN FRANCISCO, CA 94129 | 16,260 | 1% |
| **Series A-1 Preferred Stock** | | |
| VMG PARTNERS IV COINVEST, L.P.<br>39 MESA STREET, SUITE 310<br>SAN FRANCISCO, CA 94129 | 127,516 | 44% |
| VMG PARTNERS IV, L.P.<br>39 MESA STREET, SUITE 310<br>SAN FRANCISCO, CA 94129 | 155,362 | 54% |

| Name & Address | Number | Percentage (within each class) |
|---|---|---|
| VMG PARTNERS MENTORS CIRCLE IV, L.P.<br>39 MESA STREET, SUITE 310<br>SAN FRANCISCO, CA 94129 | 4,033 | 1% |
| **Series B Preferred Stock** | | |
| VMG PARTNERS IV COINVEST, L.P.<br>39 MESA STREET, SUITE 310<br>SAN FRANCISCO, CA 94129 | 511,342 | 90% |
| VMG PARTNERS IV, L.P.<br>39 MESA STREET, SUITE 310<br>SAN FRANCISCO, CA 94129 | 56,979 | 10% |
| VMG PARTNERS MENTORS CIRCLE IV, L.P.<br>39 MESA STREET, SUITE 310<br>SAN FRANCISCO, CA 94129 | 1,479 | <1.00% |
| **Series B-1 Preferred Stock** | | |
| VMG PARTNERS IV COINVEST, L.P.<br>39 MESA STREET, SUITE 310<br>SAN FRANCISCO, CA 94129 | 127,835 | 90% |
| VMG PARTNERS IV, L.P.<br>39 MESA STREET, SUITE 310<br>SAN FRANCISCO, CA 94129 | 14,245 | 10% |
| VMG PARTNERS MENTORS CIRCLE IV, L.P.<br>39 MESA STREET, SUITE 310<br>SAN FRANCISCO, CA 94129 | 370 | <1.00% |

**Fill in this information to identify the case and this filing:**

Debtor Name _Unconditional Love Inc._

United States Bankruptcy Court for the: _____ District of _Delaware_
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration _Corporate Ownership Statement, List of Equity Holders, Creditor Matrix_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _10/23/2023_          ✖ _/s/ Erica Buxton_____
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                 _Erica Buxton_____
                                 Printed name

                                 _Chief Executive Officer_____
                                 Position or relationship to debtor