**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>UNCONDITIONAL LOVE INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11759 (MFW)<br><br>(Jointly Administered) |

**Hearing Date:  Nov. 21, 2023 at 9:00 a.m. (ET)**
**Objection Deadline:  Nov. 14, 2023 at 4:00 p.m. (ET)**

**Ref. Docket Nos. 4, 5, 6, 7, 8, 9, 10, 11, 50, 51, 52, 53, 54, 55, 56 & 63**

**OMNIBUS NOTICE OF FIRST DAY PLEADINGS AND FINAL HEARING THEREON**

**PLEASE TAKE NOTICE** that, on October 23, 2023, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), filed, among others, the following first day pleadings (collectively, the "First Day Pleadings") with the United States Bankruptcy Court for the District of Delaware (the "Court"):

1. Debtors' Motion for Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Resolving Objections by Utility Companies and Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief [Docket No. 4; 10/23/23]

2. Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Authorizing the Bank to Honor and Process Check and Electronic Transfer Requests Related Thereto [Docket No. 5; 10/23/23]

3. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Redact Certain Personally Identifiable Information, (II) Modifying Requirements Related to the List of Equity Holders, (III) Authorizing Special Electronic Noticing Procedures for DTC Customers, and (IV) Granting Related Relief [Docket No. 6; 10/23/23]

4. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Certain Prepetition Employment Obligations and (B) Maintain Employee Benefits Programs and (II) Granting Related Relief [Docket No. 7; 10/23/23]

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification number, are Unconditional Love Inc. d/b/a Hello Bello (5895), Unconditional Love Canada, Inc., and The Best Training Pants in the World Inc. (9369).  The Debtors' headquarters is located at 17383 Sunset Blvd, Suite B200, Pacific Palisades, CA 90272.

5.      Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Maintain Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions; (II) Extending Time to Comply with Section 345(b); and (III) Granting Related Relief [Docket No. 8; 10/23/23]

6.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto, (II) Authorizing the Bank to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief [Docket No. 9; 10/23/23]

7.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Certain Critical Vendors, Shippers & Logistics Providers and 503(b)(9) Claimants; and (II) Granting Related Relief [Docket No. 10; 10/23/23]

8.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, Granting Senior Postpetition Security Interests, and According Superpriority Administrative Expense Status Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 11; 10/23/23]

        **PLEASE TAKE FURTHER NOTICE** that a hearing on the First Day Pleadings was held on October 24, 2023 (the "First Day Hearing"), after which the Court entered certain orders granting the relief requested in the First Day Pleadings on an interim basis [Docket Nos. 50, 51, 52, 53, 54, 55, 56 & 63] (collectively, the "Interim Orders"). Concurrently herewith, you are being served with the Interim Orders.

        **PLEASE TAKE FURTHER NOTICE** that copies of the First Day Pleadings and any of the related Interim Orders are available, free of charge, from the website of the Court appointed claims agent, Stretto, Inc. online at https://cases.stretto.com/hellobello.

        **PLEASE TAKE FURTHER NOTICE** that any responses or objections to the entry of any orders approving the interim relief set forth in the Interim Orders on a final basis must be filed on or before **November 14, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, copies of any responses or objections must be served so as to be received on or before the Objection Deadline upon the following parties: (i) the Debtors' proposed counsel, Willkie Farr & Gallagher LLP, attn: Brian Lennon, Debra Sinclair, and Weston Eguchi, 787 Seventh Avenue, New York, NY 10019 and Young Conaway Stargatt & Taylor LLP, attn: Edmon L. Morton and Matthew B. Lunn, 1000 North King Street, Wilmington, DE 19801; (ii) the DIP Secured Parties' counsel, Holland & Knight LLP, attn: Robert Jones and Brian Smith, 1722 Routh Street, Suite 1500, Dallas, TX 75201 and Erin Fay, Wilson Sonsini, 222 Delaware Avenue, Suite 800, Wilmington, DE 19801; (iii) the U.S. Trustee, attn: Richard Schepacarter, Office of the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801; and (iv) counsel to any official committee appointed in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER APPROVAL OF THE FIRST DAY PLEADINGS ON A FINAL BASIS IS SCHEDULED FOR **NOVEMBER 21, 2023 AT 9:00 A.M. (ET)** BEFORE THE HONORABLE MARY F. WALRATH, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801.[2]

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS OR RESPONSES TO THE FIRST DAY PLEADINGS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH FIRST DAY PLEADINGS ON A FINAL BASIS WITHOUT FURTHER NOTICE OR HEARING.

[*Signature page follows*]

---

[2] To the extent that the hearing occurs virtually, participation instructions will be provided on the agenda filed on the docket prior to the hearing.

Dated: October 25, 2023
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Heather P. Smillie*
Edmon L. Morton (Del. No. 3856)
Matthew B. Lunn (Del. No. 4119)
Heather P. Smillie (Del. No. 6923)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
emorton@ycst.com
mlunn@ycst.com
hsmillie@ycst.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Brian S. Lennon (admitted *pro hac vice*)
Debra M. Sinclair (admitted *pro hac vice*)
Erin C. Ryan (admitted *pro hac vice*)
Jessica D. Graber (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111
blennon@willkie.com
dsinclair@willkie.com
eryan@willkie.com
jgraber@willkie.com

*Proposed Co-Counsel to the Debtors
and Debtors in Possession*