IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| UNCONDITIONAL LOVE INC., *et al.*, | Case No. 23-11759 (MFW) |
| Debtors.[1] | (Jointly Administered) |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 102(1) of title 11 of the United States Code (the "Bankruptcy Code"), Moritt Hock & Hamroff LLP ("MHH") and Bayard, P.A. ("Bayard") hereby enter their appearance in the above-referenced chapter 11 cases (collectively, the "Chapter 11 Case") as counsel to 36th Street Capital Partners, LLC ("36th Street"), and hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 342 of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in Chapter 11 Case and copies of all papers served or required to be served in the Chapter 11 Case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon 36th Street through service upon MHH and Bayard at the addresses or e-mail addresses set forth below:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification number, are Unconditional Love Inc. d/b/a Hello Bello (5895), Unconditional Love Canada, Inc., and The Best Training Pants in the World Inc. (9369). The Debtors' headquarters is located at 17383 Sunset Blvd, Suite B200, Pacific Palisades, CA 90272.

| | |
|---|---|
| Theresa A. Driscoll<br>**Moritt Hock & Hamroff LLP**<br>400 Garden City Plaza<br>Garden City, NY 11530<br>Email: tdriscoll@moritthock.com | Ericka F. Johnson<br>Steven D. Adler<br>**BAYARD, P.A.**<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>Email: ejohnson@bayardlaw.com<br>sadler@bayardlaw.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, or otherwise filed or made with regard to the Chapter 11 Case and any proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive 36th Street's (i) right to have a final order in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the 36th Street is or may be entitled to under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: November 2, 2023
      Wilmington, Delaware        **BAYARD, P.A.**

*/s/ Ericka F. Johnson*
Ericka F. Johnson (No. 5024)
Steven D. Adler (No. 6257)
600 North King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Email: ejohnson@bayardlaw.com
      sadler@bayardlaw.com

-and-

Theresa A. Driscoll
**MORITT HOCK & HAMROFF LLP**
400 Garden City Plaza
Garden City, NY 11530
Telephone: (516) 873-2000
Email: tdriscoll@moritthock.com

*Counsel to 36th Street Capital Partners, LLC*