# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **Unconditional Love Inc. aka Hello Bello,** | § | Case No. 23-11759-MFW |
| | § | |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICE AND SERVICE OF PLEADINGS

**PLEASE TAKE NOTICE** that GPT Waco Owner LLC ("**GPT**"), by and through its counsel, Singer & Levick, P.C., files this, its *Notice of Appearance and Request for Notice and Service of Pleadings*.

Pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1), 342 and 1109(b) of the BANKRUPTCY CODE, GPT respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon its counsel at the address, telephone number and email address listed below.

> Michelle E. Shriro, Esq.
> Singer & Levick, P.C.
> 16200 Addison Road, Suite 140
> Addison, Texas  75001
> Phone: 972.380.5533
> Fax: 972.380.5748
> Email: mshriro@singerlevick.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the BANKRUPTCY CODE, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, Orders and notices of any Application, Motion, Petition, pleading, request, complaint, or demand, whether formal or

informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Notice and Service of Pleadings* is without prejudice to: (1) GPT's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the Debtor and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoff and recoupments are expressly reserved, and (2) any objection which may be made to the jurisdiction of the Court, and shall not be deemed or construed to submit GPT to the jurisdiction of the Court.

**DATED:  November 2, 2023**

        Respectfully submitted,

        SINGER & LEVICK, P.C.

        By:     /s/  *Michelle E. Shriro*
                  Michelle E. Shriro
                  Delaware Bar No. 3219

        16200 Addison Road, Suite 140
        Addison, Texas  75001
        Phone:  972.380.5533
        Fax:  972.380.5748
        Email: mshriro@singerlevick.com

        ATTORNEYS FOR:
        GPT WACO OWNER LLC

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, which includes the parties listed below, on this 2nd day of November, 2023.

| **DEBTOR:**<br>Unconditional Love Inc. aka Hello Bello<br>17383 Sunset Blvd, Suite B200<br>Pacific Palisades, CA 90272<br>**VIA ECF Noticing through its attorney** | **COUNSEL FOR DEBTOR:**<br>John L. Brennan<br>Jessica D. Graber<br>Brian S. Lennon<br>Stuart R. Lombardi<br>Erin Ryan<br>Debra McElligott Sinclair<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>**VIA ECF Noticing**<br><br>Elizabeth A. Wayne<br>Willkie Farr & Gallagher LLP<br>300 N. LaSalle Drive<br>Chicago, IL 60654<br>**VIA ECF Noticing**<br><br>Matther B. Lunn<br>Edmon L. Morton<br>Heather P. Smillie<br>Young, Conaway, Stargatt & Taylor LLP<br>1000 N. King Street<br>Wilmington, DE 19801<br>**VIA ECF Noticing** |
|---|---|
|  | **US TRUSTEE:**<br>Richard L. Schepacarter<br>Office of the US Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>**VIA ECF Noticing** |

                                                                   /s/ *Michelle E. Shriro*
                                                                   Michelle E. Shriro