IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| UNCONDITIONAL LOVE INC., *et al.*,[1] | Case No. 23-11759 (MFW) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 11 & 63 |

**NOTICE OF FILING OF PROPOSED FINAL DIP ORDER**

**PLEASE TAKE NOTICE** that, on October 23, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, Granting Senior Postpetition Security Interests, and According Superpriority Administrative Expense Status Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* [Docket No. 11] (the "DIP Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on October 25, 2023, the Court entered the *Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing, Granting Senior Postpetition Security Interests, and According Superpriority Administrative Expense Status Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* [Docket No. 63] (the "Interim Order") granting the relief requested in the DIP Motion on an interim basis.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief requested in the DIP Motion on a final basis is currently scheduled for November 21, 2023 at 9:00 a.m. (ET) (the "Final Hearing").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is a proposed form of order approving the DIP Motion on a final basis (the "Proposed Final Order"). For the convenience of the Court and all interested parties, a blackline comparing the Proposed Final Order against the Interim Order is attached hereto as **Exhibit 2**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification number, are Unconditional Love Inc. d/b/a Hello Bello (5895), Unconditional Love Canada, Inc., and The Best Training Pants in the World Inc. (9369). The Debtors' headquarters is located at 17383 Sunset Blvd, Suite B200, Pacific Palisades, CA 90272.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights to modify the Proposed Final Order at or prior to the Final Hearing.

Dated: November 9, 2023
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Heather P. Smillie*
Edmon L. Morton (Del. No. 3856)
Matthew B. Lunn (Del. No. 4119)
Heather P. Smillie (Del. No. 6923)
Emily C.S. Jones (Del. No. 7071)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
emorton@ycst.com
mlunn@ycst.com
hsmillie@ycst.com
ejones@ycst.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Brian S. Lennon (admitted *pro hac vice*)
Debra M. Sinclair (admitted *pro hac vice*)
Erin C. Ryan (admitted *pro hac vice*)
Jessica D. Graber (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111
blennon@willkie.com
dsinclair@willkie.com
eryan@willkie.com
jgraber@willkie.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*