**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| UNCONDITIONAL LOVE INC., *et al.*[1], | Case No. 23-11759 (MFW) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline:  November 14, 2023 at 4:00 p.m. (ET)<br>Hearing Date:  November 21, 2023 at 9:00 a.m. (ET)<br>Ref. Docket No. 16 |

**LIMITED OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN
ORDER (I) AUTHORIZING THE REJECTION OF THE EQUIPMENT LEASES,
EFFECTIVE AS OF THE REJECTION EFFECTIVE DATE, AND
(II) GRANTING RELATED RELIEF**

SCG Capital Corporation ("SCG"), by and through its undersigned counsel, hereby files this limited objection to the *Debtors' Motion for Entry of an Order (I) Authorizing the Rejection of the Equipment Leases, Effective as of the Rejection Effective Date, and (II) Granting Related Relief* (Docket No. 16) (the "Motion"), and in further support thereof, respectfully represents as follows:

1.      As provided in the Debtors' Motion, SCG is the lessor under that certain Master Equipment Lease Agreement dated December 1, 2022 (the "Lease"), whereby Debtor Unconditional Love, Inc. leases from SCG that certain equipment comprising a manufacturing line for training pant diapers (the "Equipment").

2.      SCG recognizes the broad discretion that the Debtor maintains to seek rejection of its leases when supported by sound business judgment.

3.      However, SCG has significant concerns with the Debtors' requested Rejection

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification number, are Unconditional Love Inc. d/b/a Hello Bello (5895), Unconditional Love Canada, Inc., and The Best Training Pants in the World Inc. (9369).  The Debtors' headquarters is located at 17383 Sunset Blvd., Suite B200, Pacific Palisades, CA 90272.

Effective Date (defined in the Motion) given the specifics of the Lease and Equipment.

4.      The Equipment is an expansive manufacturing line, more than 100-feet long, that would be transported in truckloads, with disassembly and removal to require approximately two weeks of technical service with advance scheduling; notably, in the midst of the holiday season with the predicate to the rejection of the Lease being the auction of the Debtors' assets that is scheduled for November 27, 2023, the first business day after the Thanksgiving holiday.

5.      The Debtors propose a mere one (1) day of notice before the Rejection Effective Date, rendering it impossible for SCG to have the ability to secure the Equipment upon such date, thereby also presenting the risk that the Equipment will continue to be used beyond such date.

6.      As the Debtors note in the Motion, the Equipment continues to be used, presumably producing a significant stockpile of inventory; just as the Equipment was used during the months leading up to the Petition Date despite the Debtor's failure to make Lease Payments resulting in unpaid arrears of more than $1,300,000.00.

7.      The Equipment has been and continues to be used for the benefit of the Debtors' estates and other creditors, while the obligations to SCG (the owner of the Equipment) remain in default, and with effectively no notice to SCG of when it needs to secure the Equipment to help mitigate its loss.

8.      These concerns are magnified given the posture of the Debtors' Chapter 11 proceeding being the sale of all of its assets, with little, if any, return for unsecured creditors.

9.      The Debtors should be required to provide sufficient notice to SCG and make full payment of SCG's accruing administrative claim upon the Rejection Effective Date.

10.     Otherwise, SCG's Equipment may continue to be taken advantage of by the Debtors with SCG being inequitably burdened and facing the risk of its claim being manipulated by the

Debtors.

WHEREFORE, SCG Capital Corporation respectfully requests that the Court enter an order consistent with sustaining the foregoing objection, and granting such other and further relief as is just and proper.

Dated: November 14, 2023

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Brett D. Fallon*
Brett D. Fallon (No. 2480)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
Email: brett.fallon@faegredrinker.com

and

**TYDINGS & ROSENBERG LLP**

Alan M. Grochal
Joseph M. Selba
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
Telephone: (410) 752- 9700
Facsimile: (410) 727-5460
Email: agrochal@tydings.com
        jselba@tydings.com

*Counsel to SCG Capital Corporation*

US.360531797.01