IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UNCONDITIONAL LOVE INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11759 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 21, 2023 AT 9:00 A.M. (ET)**

> **ZOOM INSTRUCTIONS:**
>
> **This hearing will be conducted entirely over Zoom and requires all participants to register in advance.  COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> **Please use the following link to register for this hearing:**
> https://debuscourts.zoomgov.com/meeting/register/vJIsfu6spj4oG66MR7dzjHIU_H4mhxa_zlI
>
> **After registering your appearance by Zoom, you will receive a
> confirmation email containing information about joining the hearing.**

**UNCONTESTED MATTERS WITH CERITIFCATIONS FILED**

1. Debtors' Motion for Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Resolving Objections by Utility Companies and Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief [D.I. 4; 10/23/23]

   Related Pleadings:

   a) Interim Order [D.I. 50; 10/24/23]

   b) Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 64; 10/25/23]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification number, are Unconditional Love Inc. d/b/a Hello Bello (5895), Unconditional Love Canada, Inc., and The Best Training Pants in the World Inc. (9369).  The Debtors' headquarters is located at 17383 Sunset Blvd, Suite B200, Pacific Palisades, CA 90272.

   c)  Certification of Counsel [D.I. 109; 11/16/23]

Objection Deadline: November 14, 2023 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors]

Objections/Informal Responses:

   d)  Informal Response from the Official Committee of Unsecured Creditors

Status: A revised proposed form of order has been submitted under certification of counsel. A hearing is only necessary to the extent the Court has questions or concerns.

2. Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Authorizing the Bank to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 5; 10/23/23]

 Related Pleadings:

   a)  Interim Order [D.I. 51; 10/24/23]

   b)  Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 64; 10/25/23]

   c)  Certification of Counsel [D.I. 110; 11/16/23]

Objection Deadline: November 14, 2023 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors]

Objections/Informal Responses:

   d)  Informal Response from the Official Committee of Unsecured Creditors

Status: A revised proposed form of order has been submitted under certification of counsel. A hearing is only necessary to the extent the Court has questions or concerns.

3. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Redact Certain Personally Identifiable Information, (II) Modifying Requirements Related to the List of Equity Holders, (III) Authorizing Special Electronic Noticing Procedures for DTC Customers, and (IV) Granting Related Relief [D.I. 6; 10/23/23]

 Related Pleadings:

   a)  Interim Order [D.I. 52; 10/24/23]

      b)      Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 64; 10/25/23]

      c)      Certificate of No Objection [D.I. 121; 11/17/23]

Objection Deadline:    November 14, 2023 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors]

Objections/Informal Responses:    None.

Status:    A certificate of no objection has been filed. A hearing is only necessary to the extent the Court has questions or concerns.

4. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Certain Prepetition Employment Obligations and (B) Maintain Employee Benefits Programs and (II) Granting Related Relief [D.I. 7; 10/23/23]

Related Pleadings:

      a)      Interim Order [D.I. 53; 10/24/23]

      b)      Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 64; 10/25/23]

      c)      Certification of Counsel [D.I. 111; 11/16/23]

Objection Deadline:    November 14, 2023 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors]

Objections/Informal Responses:

      d)      Informal Response from the Official Committee of Unsecured Creditors

Status:    A revised proposed form of order has been submitted under certification of counsel. A hearing is only necessary to the extent the Court has questions or concerns.

5. Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Maintain Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Continue to Perform Intercompany Transactions; (II) Extending Time to Comply with Section 345(b); and (III) Granting Related Relief [D.I. 8; 10/23/23]

Related Pleadings:

      a)      Interim Order [D.I. 54; 10/24/23]

      b)      Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 64; 10/25/23]

      c)      Certification of Counsel [D.I. 112; 11/16/23]

**Objection Deadline:** November 14, 2023 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors]

**Objections/Informal Responses:**

      d)      Informal Response from the Official Committee of Unsecured Creditors

**Status:** A revised proposed form of order has been submitted under certification of counsel. A hearing is only necessary to the extent the Court has questions or concerns.

6. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto, (II) Authorizing the Bank to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief [D.I. 9; 10/23/23]

    Related Pleadings:

          a)      Interim Order [D.I. 55; 10/24/23]

          b)      Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 64; 10/25/23]

          c)      Certification of Counsel [D.I. 115; 11/16/23]

    **Objection Deadline:** November 14, 2023 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors]

    **Objections/Informal Responses:**

          d)      Informal Response from the Official Committee of Unsecured Creditors

    **Status:** A revised proposed form of order has been submitted under certification of counsel. A hearing is only necessary to the extent the Court has questions or concerns.

7. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Certain Critical Vendors, Shippers & Logistics Providers and 503(b)(9) Claimants; and (II) Granting Related Relief [D.I. 10; 10/23/23]

    Related Pleadings:

        a)    Interim Order [D.I. 56; 10/24/23]

        b)    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 64; 10/25/23]

        c)    Certification of Counsel [D.I. 124; 11/17/23]

    Objection Deadline:    November 14, 2023 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors]

    Objections/Informal Responses:

        d)    Informal Response from the Official Committee of Unsecured Creditors

    Status:    A revised proposed form of order has been submitted under certification of counsel. A hearing is only necessary to the extent the Court has questions or concerns.

8. Debtors' Application for Appointment of Stretto, Inc. as Administrative Advisor, Effective as of the Petition Date [D.I. 69; 10/31/23]

    Related Pleadings:

        a)    Certificate of No Objection [D.I. 116; 11/16/23]

    Objection Deadline:    November 14, 2023 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors]

    Objections/Informal Responses:    None.

    Status:    A certificate of no objection has been filed. A hearing is only necessary to the extent the Court has questions or concerns.

9. Debtors' Application to Employ and Retain Emerald Capital Advisors Corp. as a Financial Advisor to the Debtors, Effective as of the Petition Date [D.I. 70; 10/31/23]

    Related Pleadings:

        a)    Certification of Counsel [D.I. 117; 11/16/23]

    Objection Deadline:    November 14, 2023 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors]

Objections/Informal Responses:

    b)    Informal Response from the Office of the United States Trustee

Status:    A revised proposed form of order has been submitted under certification of counsel.  A hearing is only necessary to the extent the Court has questions or concerns.

10. Debtors' Application for Entry of an Order (A) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker for the Debtors and Debtors in Possession Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Effective as of the Petition Date and (B) Waiving Certain Time-Keeping Requirements [D.I. 71; 10/31/23]

   Related Pleadings:

       a)    Certification of Counsel [D.I. 118; 11/16/23]

       b)    Supplemental Declaration of Robert White in Support of Debtors' Application for Entry of an Order (A) Authorizing the Retention and Employment of Jefferies LLC as Investment Banker for the Debtors and Debtors in Possession Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Effective as of the Petition Date and (B) Waiving Certain Time-Keeping Requirements [D.I. 123; 11/17/23]

   Objection Deadline:    November 14, 2023 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors]

   Objections/Informal Responses:

       c)    Informal Response from the Office of the United States Trustee

   Status:    A revised proposed form of order has been submitted under certification of counsel.  A hearing is only necessary to the extent the Court has questions or concerns.

11. Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date [D.I. 72; 10/31/23]

   Related Pleadings:

       a)    Certification of Counsel [D.I. 119; 11/16/23]

   Objection Deadline:    November 14, 2023 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors]

Objections/Informal Responses:

    b)    Informal Response from the Office of the United States Trustee

Status:    A revised proposed form of order has been submitted under certification of counsel. A hearing is only necessary to the extent the Court has questions or concerns.

12. Debtors' Application for an Order Authorizing the Retention and Employment of Willkie Farr & Gallagher LLP as Co-Counsel for the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 73; 10/31/23]

    Related Pleadings:

        a)    Certificate of No Objection [D.I. 120; 11/16/23]

    Objection Deadline:    November 14, 2023 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors]

    Objections/Informal Responses:    None.

    Status:    A certificate of no objection has been filed. A hearing is only necessary to the extent the Court has questions or concerns.

13. Debtors' Motion for Entry of an Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 84; 11/7/23]

    Related Pleadings:

        a)    Certificate of No Objection [D.I. 122; 11/17/23]

    Objection Deadline:    November 14, 2023 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors]

    Objections/Informal Responses:    None.

    Status:    A certificate of no objection has been filed. A hearing is only necessary to the extent the Court has questions or concerns.

14. Debtors' Motion for Order (A) Establishing Bar Dates and Related Procedures for Filing Proofs of Claim (Including for Claims Arising Under Section 503(b)(9) of the Bankruptcy Code) and (B) Approving the Form and Manner of Notice Thereof [D.I. 85; 11/7/23]

    Related Pleadings:

        a)    Certification of Counsel [D.I. 113; 11/16/23]

  Objection Deadline:  November 14, 2023 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors]

 Objections/Informal Responses:

  b) Informal Response from the Official Committee of Unsecured Creditors

 Status: A revised proposed form of order has been submitted under certification of counsel. A hearing is only necessary to the extent the Court has questions or concerns.

15. Debtors' Motion for an Order Authorizing (A) the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business Effective as of the Petition Date and (B) Waiving Certain Information Requirements of Local Rule 2016-2 [D.I. 86; 11/7/23]

 Related Pleadings:

  a) Certification of Counsel [D.I. 114; 11/16/23]

 Objection Deadline: November 14, 2023 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors]

 Objections/Informal Responses:

  b) Informal Response from the Official Committee of Unsecured Creditors

 Status: A revised proposed form of order has been submitted under certification of counsel. A hearing is only necessary to the extent the Court has questions or concerns.

**MATTERS GOING FORWARD**

16. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, Granting Senior Postpetition Security Interests, and According Superpriority Administrative Expense Status Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [D.I. 11; 10/23/23]

 Related Pleadings:

  a) Declaration of Robert White in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, Granting Senior Postpetition Security Interests and According

          Superpriority Administrative Expense Status Pursuant to Section 364(c) and 364(d) of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [D.I. 13; 10/23/23]

    b)    Declaration of John P. Madden in Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, Granting Senior Postpetition Security Interests and According Superpriority Administrative Expense Status Pursuant to Section 364(c) and 364(d) of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [D.I. 14; 10/23/23]

    c)    Interim Order [D.I. 63; 10/25/23]

    d)    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 64; 10/25/23]

    e)    Notice of Filing of Proposed Final DIP Order [D.I. 89; 11/9/23]

Objection Deadline:    November 14, 2023 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors]

Objections/Informal Responses:

    f)    Informal Response from the Official Committee of Unsecured Creditors

Status:    The Debtors have extended the deadline to object to this matter to November 18, 2023 at 12:00 a.m. (PT) solely for the Official Committee of Unsecured Creditors as the parties continue to engage in discussions. This matter is going forward.

17.    Debtors' Motion for Entry of an Order (I) Authorizing the Rejection of the Equipment Leases, Effective as of the Rejection Effective Date, and (II) Granting Related Relief [D.I. 16; 10/23/23]

Related Pleadings:

    a)    Notice of Hearing [D.I. 57; 10/24/23]

Objection Deadline:    November 14, 2023 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors]

Objections/Informal Responses:

    b)    Limited Objection of SCG Capital Corporation [D.I. 101; 11/14/23]

|  |  |
|---|---|
| Status: | The Debtors and the responding party continue to engage in discussions regarding this matter. If the parties reach a resolution, the Debtors will submit a revised form of order under certification of counsel prior to the hearing, otherwise this matter will be going forward. |

18. Motion of the Debtors for Entry of Orders (I) (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors Assets, (B) Authorizing the Debtors to Enter Into the Stalking Horse APA and to Provide the Stalking Horse Bid Protections Thereunder, (C) Scheduling an Auction and a Sale Hearing and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption Procedures, and (E) Granting Related Relief; and (II) (A) Approving the Sale of the Debtors Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [D.I. 17; 10/23/23]

   Related Pleadings:

   a) Notice of Hearing [D.I. 58; 10/24/23]

   b) Declaration of Robert J. White in Support of Motion of the Debtors for Entry of Orders (I) (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors Assets, (B) Authorizing the Debtors to Enter Into the Stalking Horse APA and to Provide the Stalking Horse Bid Protections Thereunder, (C) Scheduling an Auction and a Sale Hearing and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption Procedures, and (E) Granting Related Relief; and (II) (A) Approving the Sale of the Debtors Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [D.I. 102; 11/14/23]

   Objection Deadline: November 14, 2023 at 4:00 p.m. (ET) [Extended for the Official Committee of Unsecured Creditors]

   Objections/Informal Responses:

   c) Informal Response from the Official Committee of Unsecured Creditors

   Status: The Debtors have extended the deadline to object to this matter to November 18, 2023 at 12:00 a.m. (PT) solely for the Official Committee of Unsecured Creditors as the parties continue to engage in discussions. This matter is going forward.

Dated: November 17, 2023
      Wilmington, Delaware

          **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

          */s/ Heather P. Smillie*
          Edmon L. Morton (Del. No. 3856)
          Matthew B. Lunn (Del. No. 4119)
          Heather P. Smillie (Del. No. 6923)
          Rodney Square
          1000 North King Street
          Wilmington, Delaware 19801
          Telephone: (302) 571-6600
          Facsimile: (302) 571-1253
          emorton@ycst.com
          mlunn@ycst.com
          hsmillie@ycst.com

          -and-

          **WILLKIE FARR & GALLAGHER LLP**
          Brian S. Lennon (admitted *pro hac vice*)
          Debra M. Sinclair (admitted *pro hac vice*)
          Erin C. Ryan (admitted *pro hac vice*)
          Jessica D. Graber (admitted *pro hac vice*)
          787 Seventh Avenue
          New York, New York 10019
          Telephone: (212) 728-8000
          Facsimile: (212) 728-8111
          blennon@willkie.com
          dsinclair@willkie.com
          eryan@willkie.com
          jgraber@willkie.com

          *Proposed Co-Counsel to the Debtors*
          *and Debtors in Possession*