IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| UNCONDITIONAL LOVE INC., *et al.*,[1] | Case No. 23-11759 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 11, 2023 AT 3:00 P.M. (ET)**

> **ZOOM INSTRUCTIONS:**
>
> **This hearing will be conducted entirely over Zoom and requires all participants to register in advance. COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> **Please use the following link to register for this hearing:**
> https://debuscourts.zoomgov.com/meeting/register/vJItc-ivrzIoHgrusAaB6-FVInpfCj7cJxA
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**RESOLVED MATTER**

1. Motion of Debtors for Entry of an Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs [D.I. 156; 11/20/23]

    Related Pleadings:

    a) Certificate of No Objection [D.I. 195; 12/5/23]

    b) Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs [D.I. 196; 12/6/23]

    Objection Deadline:         December 4, 2023 at 4:00 p.m. (ET)

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification number, are Unconditional Love Inc. d/b/a Hello Bello (5895), Unconditional Love Canada, Inc., and The Best Training Pants in the World Inc. (9369). The Debtors' headquarters is located at 17383 Sunset Blvd, Suite B200, Pacific Palisades, CA 90272.

        Objections/Informal Responses:    None.

        Status:    An order has been entered by the Court. No hearing is necessary.

**MATTER GOING FORWARD**

2. Motion of the Debtors for Entry of Orders (I) (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors Assets, (B) Authorizing the Debtors to Enter Into the Stalking Horse APA and to Provide the Stalking Horse Bid Protections Thereunder, (C) Scheduling an Auction and a Sale Hearing and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption Procedures, and (E) Granting Related Relief; and (II) (A) Approving the Sale of the Debtors Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [D.I. 17; 10/23/23]

    Related Pleadings:

    a) Notice of Hearing [D.I. 58; 10/24/23]

    b) Declaration of Robert J. White in Support of Motion of the Debtors for Entry of Orders (I) (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors Assets, (B) Authorizing the Debtors to Enter Into the Stalking Horse APA and to Provide the Stalking Horse Bid Protections Thereunder, (C) Scheduling an Auction and a Sale Hearing and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption Procedures, and (E) Granting Related Relief; and (II) (A) Approving the Sale of the Debtors Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [D.I. 102; 11/14/23]

    c) Order (I) (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors Assets, (B) Authorizing the Debtors to Enter Into the Stalking Horse APA and to Provide the Stalking Horse Bid Protections Thereunder, (C) Scheduling an Auction and a Sale Hearing and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption Procedures, and (E) Granting Related Relief; and (II) (A) Approving the Sale of the Debtors Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [D.I. 153; 11/20/23]

    d) Notice of Proposed Sale of Assets, Bidding Procedures, Auction, and Sale Hearing [D.I. 159; 11/20/23]

e) Notice of Possible Assumption and Assignment and Cure Amounts with Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 160; 11/21/23]

f) Supplemental Notice of Possible Assumption and Assignment and Cure Amounts with Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 166; 11/25/23]

g) Affidavit of Publication of Notice of Sale Hearing in The New York Times (National Edition) [D.I. 169; 11/27/23]

h) Notice of Cancellation of Auction [D.I. 186; 12/1/23]

i) Declaration of Robert White in Support of Order (A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [D.I. 204; 12/6/23]

j) Declaration of Wael Fayad in Support of Sale Motion [D.I. 213; 12/7/23]

k) Notice of Filing of Proposed Sale Order [D.I. 214; 12/7/23]

l) Notice of Filing of Blackline of Revised Stalking Horse Purchase Agreement [D.I. 215; 12/7/23]

Sale Objection Deadline:    December 6, 2023 at 4:00 p.m. (ET)

Sale Objections/Informal Responses:

m) Informal response from CIT Northbridge Credit LLC

n) Informal response from the Official Committee of Unsecured Creditors

Cure Objection Deadline:    December 6, 2023 at 4:00 p.m. (ET) [Supplemental Objection Deadline is December 9, 2023 at 4:00 p.m. (ET)]

Cure Objections/Informal Responses:

o) Domtar Paper Company LLC's Objection and Reservation of Rights with Respect to Notice of Possible Assumption and Assignment and Cure Amounts with Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 191; 12/4/23]

p) Limited Objection and Reservation of Rights of Google LLC to the Potential Assumption of Executory Contracts [D.I. 197; 12/6/23]

q) Objection of 36th Street Capital Partners, LLC to Notice of Possible Assumption and Assignment and Cure Amounts with Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 198; 12/6/23]

r) SCG Capital Corporation's Objection to Debtors' Schedule of Cure Amounts [D.I. 199; 12/6/23]

s) CSC Leasing Co.'s Objection to Proposed Cure Amount [D.I. 200; 12/6/23]

t) Objection and Reservation of Rights of FlexLink Systems Inc. with Respect to Notice of Possible Assumption and Assignment and Cure Amounts with Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 201; 12/6/23]

u) Objection and Reservation of Rights of United Parcel Service, Inc. to Notice of Possible Assumption and Assignment and Cure Amounts with Respect to Executory Contracts and Unexpired Leases of the Debtors [D.I. 202; 12/6/23]

v) Informal Response from Turnkey Technologies Inc.

w) Informal Response from AES Logistics, Inc.

x) Informal Response from Reliant Energy Retail Services LLC

y) Informal Response from Recharge

z) Informal Response from Gross RE

Status: The Debtors expect to file the proposed Sale Order under certification of counsel in advance of the hearing. With respect to the responses listed at Items. (o) through (z), the Debtors continue to engage in discussions related to the responses and anticipate filing an amended agenda reflecting any resolutions in advance of the hearing.

[*Signature page follows*]

Dated: December 7, 2023
      Wilmington, Delaware

    **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

    */s/ Heather P. Smillie*
    Edmon L. Morton (Del. No. 3856)
    Matthew B. Lunn (Del. No. 4119)
    Heather P. Smillie (Del. No. 6923)
    Rodney Square
    1000 North King Street
    Wilmington, Delaware 19801
    Telephone: (302) 571-6600
    Facsimile: (302) 571-1253
    emorton@ycst.com
    mlunn@ycst.com
    hsmillie@ycst.com

    -and-

    **WILLKIE FARR & GALLAGHER LLP**
    Brian S. Lennon (admitted *pro hac vice*)
    Debra M. Sinclair (admitted *pro hac vice*)
    Erin C. Ryan (admitted *pro hac vice*)
    Jessica D. Graber (admitted *pro hac vice*)
    787 Seventh Avenue
    New York, New York 10019
    Telephone:  (212) 728-8000
    Facsimile:  (212) 728-8111
    blennon@willkie.com
    dsinclair@willkie.com
    eryan@willkie.com
    jgraber@willkie.com

    *Co-Counsel to the Debtors*
    *and Debtors in Possession*