IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| UNCONDITIONAL LOVE INC., *et al.*,[1] | Case No. 23-11759 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 9, 2024 AT 2:00 P.M. (ET)**

**\*\*AS NO MATTERS ARE GOING FORWARD, THIS HEARING
HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT\*\***

**RESOLVED MATTERS**

1. Debtors' Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Unexpired Leases and A Certain Unexpired Sublease of Nonresidential Property Effective as of the Rejection Date and Abandonment of Personal Property [D.I. 179; 11/30/23]

    Related Pleadings:

    a) Notice of Filing of Revised Order Authorizing the Debtors to Reject Certain Unexpired Leases and A Certain Unexpired Sublease of Nonresidential Property Effective as of the Rejection Date and Abandonment of Personal Property [D.I. 229; 12/11/23]

    b) Certification of Counsel [D.I. 235; 12/18/23]

    c) Order Authorizing the Debtors to Reject Certain Unexpired Leases and A Certain Unexpired Sublease of Nonresidential Property Effective as of the Rejection Date and Abandonment of Personal Property [D.I. 237; 12/19/23]

    Objection Deadline:    December 14, 2023 at 4:00 p.m. (ET)

    Objections/Informal Responses:    None.

    Status:    An order has been entered by the Court. No hearing is necessary.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their U.S. federal tax identification number, are Unconditional Love Inc. d/b/a Hello Bello (5895), Unconditional Love Canada, Inc., and The Best Training Pants in the World Inc. (9369). The Debtors' headquarters is located at 17383 Sunset Blvd, Suite B200, Pacific Palisades, CA 90272.

2.     Application of the Official Committee of Unsecured Creditors for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of November 6, 2023 [D.I. 205; 12/6/23]

    Related Pleadings:

        a)     Supplemental Declaration of Laura Davis Jones in Support of Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to the Committee Effective as of November 6, 2023 [D.I. 245; 12/26/23]

        b)     Certification of Counsel [D.I. 247; 12/26/23]

        c)     Order Authorizing the Retention and Employment of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of November 6, 2023 [D.I. 250; 12/27/23]

    Objection Deadline:     December 20, 2023 at 4:00 p.m. (ET)

    Objections/Informal Responses:

        d)     Informal Response from the Office of the United States Trustee

    Status:     An order has been entered by the Court. No hearing is necessary.

3.     Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Retention of Hogan Lovells US LLP as Counsel, Effective as of November 6, 2023 [D.I. 206; 12/6/23]

    Related Pleadings:

        a)     Certification of Counsel [D.I. 249; 12/26/23]

        b)     Order Authorizing the Retention of Hogan Lovells US LLP as Counsel to the Committee, Effective as of November 6, 2023 [D.I. 252; 12/27/23]

    Objection Deadline:     December 20, 2023 at 4:00 p.m. (ET)

    Objections/Informal Responses:

        c)     Informal Response from the Office of the United States Trustee

    Status:     An order has been entered by the Court. No hearing is necessary.

4.     Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Retention of Force Ten Partners, LLC as Financial Advisor, Effective as of November 7, 2023 [D.I. 207; 12/6/23]

Related Pleadings:

    a)    Certification of Counsel [D.I. 248; 12/26/23]

    b)    Order Authorizing the Retention of Force Ten Partners, LLC as Financial Advisor to the Committee, Effective as of November 7, 2023 [D.I. 251; 12/27/23]

Objection Deadline:    December 20, 2023 at 4:00 p.m. (ET)

Objections/Informal Responses:

    c)    Informal Response from the Office of the United States Trustee

Status:    An order has been entered by the Court. No hearing is necessary.

5. Debtors' Second Omnibus Motion for Entry of Order (I) Authorizing Rejection of Certain Executory Contracts, and (II) Granting Related Relief [D.I. 246; 12/26/23]

Related Pleadings:

    a)    Certificate of No Objection [D.I. 264; 1/3/24]

    b)    Order (I) Authorizing Rejection of Certain Executory Contracts, and (II) Granting Related Relief [D.I. 267; 1/4/24]

Objection Deadline:    January 2, 2024 at 4:00 p.m. (ET)

Objections/Informal Responses:    None.

Status:    An order has been entered by the Court. No hearing is necessary.

[*Signature page follows*]

Dated: January 5, 2024
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Heather P. Smillie*
Edmon L. Morton (Del. No. 3856)
Matthew B. Lunn (Del. No. 4119)
Heather P. Smillie (Del. No. 6923)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
emorton@ycst.com
mlunn@ycst.com
hsmillie@ycst.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Brian S. Lennon (admitted *pro hac vice*)
Debra M. Sinclair (admitted *pro hac vice*)
Erin C. Ryan (admitted *pro hac vice*)
Jessica D. Graber (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
blennon@willkie.com
dsinclair@willkie.com
eryan@willkie.com
jgraber@willkie.com

*Co-Counsel to the Debtors
and Debtors in Possession*