# EXHIBIT A



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Unconditional Love O.C.C.
-

November 30, 2023
Invoice    136179
Client      88119.00002

RE:   Committee Representation

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2023

| | |
|---|---:|
| FEES | $27,699.50 |
| EXPENSES | $248.40 |
| **TOTAL CURRENT CHARGES** | **$27,947.90** |
| **TOTAL BALANCE DUE** | **$27,947.90** |

Pachulski Stang Ziehl & Jones LLP

Unconditional Love O.C.C.

Client 88119.00002

Page:    2

Invoice 136179

November 30, 2023

---

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| LDJ | Jones, Laura Davis | Partner | 1,745.00 | 2.00 | $3,490.00 |
| PJK | Keane, Peter J. | Counsel | 1,025.00 | 1.60 | $1,640.00 |
| ECO | Corma, Edward A. | Associate | 725.00 | 24.40 | $17,690.00 |
| MNF | Flores, Melissa N. | Paralegal | 545.00 | 5.60 | $3,052.00 |
| ARP | Paul, Andrea R. | Case Management Assistant | 425.00 | 1.10 | $467.50 |
| CJB | Bouzoukis, Charles J. | Case Management Assistant | 425.00 | 3.20 | $1,360.00 |
| | | | | 37.90 | $27,699.50 |

Pachulski Stang Ziehl & Jones LLP

Unconditional Love O.C.C.

Client 88119.00002

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition | 4.30 | $3,597.50 |
| BL | Bankruptcy Litigation | 13.60 | $9,998.00 |
| CA | Case Administration | 4.90 | $2,922.50 |
| CO | Claims Administration and Objections | 0.20 | $145.00 |
| CPO | Other Professional Compensation | 0.40 | $218.00 |
| EC | Contract and Lease Matters | 0.10 | $72.50 |
| FN | Financing/Cash Collateral/Cash Management | 11.30 | $8,192.50 |
| MC | Meetings of and Communications with Creditors | 0.10 | $72.50 |
| RP | PSZJ Retention | 3.00 | $2,481.00 |
| | | 37.90 | $27,699.50 |

Pachulski Stang Ziehl & Jones LLP

Unconditional Love O.C.C.

Client 88119.00002

Page:    4

Invoice 136179

November 30, 2023

## Summary of Expenses

| Description | Amount |
|---|---|
| Court Fees | $25.00 |
| Pacer - Court Research | $73.90 |
| Reproduction Expense - @0.10 per page | $149.50 |
| | $248.40 |

Pachulski Stang Ziehl & Jones LLP
Unconditional Love O.C.C.
Client 88119.00002

Page:    5
Invoice 136179
November 30, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition** | | | | | | |
| 11/13/2023 | ECO | AD | Review APA issues list. | 0.30 | 725.00 | $217.50 |
| 11/13/2023 | ECO | AD | E-mails with Edward McNeilly re timing of proposed sale schedule/bid deadline. | 0.10 | 725.00 | $72.50 |
| 11/13/2023 | ECO | AD | Research/review cases re expedited sale process. | 0.80 | 725.00 | $580.00 |
| 11/13/2023 | ECO | AD | Prepare e-mail to Laura Davis Jones re questions on sale process and bid procedures hearing/bid deadline. | 0.10 | 725.00 | $72.50 |
| 11/14/2023 | ECO | AD | Review draft bid procedures objection. | 0.60 | 725.00 | $435.00 |
| 11/14/2023 | ECO | AD | Prepare e-mail to Laura Davis Jones re questions on bid procedures for objection. | 0.10 | 725.00 | $72.50 |
| 11/14/2023 | ECO | AD | Review declaration of Robert White in support of bidding procedures motion. | 0.20 | 725.00 | $145.00 |
| 11/14/2023 | ECO | AD | E-mails with Laura Davis Jones/Peter Keane re issues with proposed bid procedures. | 0.30 | 725.00 | $217.50 |
| 11/14/2023 | ECO | AD | Prepare e-mail to Edward McNeilly and Katherine Lynn re discussion of bid procedures issues. | 0.20 | 725.00 | $145.00 |
| 11/14/2023 | PJK | AD | Review draft UCC objection to bid procedures and research re same (1.2), emails with Laura Davis Jones and EC re same (.4) | 1.60 | 1,025.00 | $1,640.00 |
| | | | | **4.30** | | **$3,597.50** |
| **Bankruptcy Litigation** | | | | | | |
| 11/06/2023 | LDJ | BL | Review case background, pending issues, docket | 1.40 | 1,745.00 | $2,443.00 |
| 11/10/2023 | ECO | BL | Conference call with Laura Davis Jones/Hogan Lovells team re case update and next steps. | 0.30 | 725.00 | $217.50 |
| 11/10/2023 | ECO | BL | Telephone conference with Laura Davis Jones re next steps/tasks needed. | 0.10 | 725.00 | $72.50 |
| 11/10/2023 | ECO | BL | E-mails with Katherine Lynn re challenge period/review pleadings and forward information to Katherine. | 0.40 | 725.00 | $290.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    6

Unconditional Love O.C.C.

Invoice 136179

Client 88119.00002

November 30, 2023

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/10/2023 | LDJ | BL | Teleconference with P. Keane re: case issues, DIP | 0.30 | 1,745.00 | $523.50 |
| 11/13/2023 | ECO | BL | Review docket/filings/first day declaration. | 1.10 | 725.00 | $797.50 |
| 11/13/2023 | MNF | BL | Reiew docket and Coordinate review and payment of various Pro Hac's | 0.50 | 545.00 | $272.50 |
| 11/14/2023 | ECO | BL | Review correspondence and comments from Hogan Lovells and Willkie Farr re second day motions and other pending matters. | 0.60 | 725.00 | $435.00 |
| 11/14/2023 | ECO | BL | Review redlines of second day orders supplied by Debtors. | 0.60 | 725.00 | $435.00 |
| 11/16/2023 | ECO | BL | Review docket/filings/correspondence re case status/second day hearing. | 0.70 | 725.00 | $507.50 |
| 11/16/2023 | ECO | BL | E-mails with Edward McNeilly re pleadings to be filed under seal. | 0.10 | 725.00 | $72.50 |
| 11/16/2023 | ECO | BL | Prepare motion to seal re objections/declaration. | 1.20 | 725.00 | $870.00 |
| 11/16/2023 | ECO | BL | Prepare e-mail to Edward McNeilly forwarding motion to seal. | 0.10 | 725.00 | $72.50 |
| 11/17/2023 | CJB | BL | Prepare hearing binders for hearing on 11/21/23. | 1.80 | 425.00 | $765.00 |
| 11/17/2023 | MNF | BL | Review docket (.2) Coordinate Notice of agenda for 11/21 hearing; Hearing binder prep/zoom meeting (.5) | 0.70 | 545.00 | $381.50 |
| 11/18/2023 | ECO | BL | Review docket/prepare notes re upcoming dates and deadlines. | 0.30 | 725.00 | $217.50 |
| 11/18/2023 | ECO | BL | Review notices re second day orders and certifications of counsel. | 0.20 | 725.00 | $145.00 |
| 11/18/2023 | ECO | BL | Review agenda for second day hearing. | 0.20 | 725.00 | $145.00 |
| 11/20/2023 | ARP | BL | Prepare hearing and virtual notebook for hearing on 11/21/23. | 1.10 | 425.00 | $467.50 |
| 11/20/2023 | CJB | BL | Prepare hearing binders for hearing on 11/21/23. | 1.40 | 425.00 | $595.00 |
| 11/20/2023 | MNF | BL | Review hearing binders for 11/21 hearing | 0.50 | 545.00 | $272.50 |
| | | | | **13.60** | | **$9,998.00** |

Pachulski Stang Ziehl & Jones LLP

Unconditional Love O.C.C.

Client 88119.00002

Page:    7

Invoice 136179

November 30, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Case Administration** | | | | | | |
| 11/13/2023 | ECO | CA | E-mails with Hogan Lovells re notice of appearance/pro hac vice admission. | 0.20 | 725.00 | $145.00 |
| 11/13/2023 | ECO | CA | Prepare notice of appearance for PSZJ/Hogan Lovells. | 0.30 | 725.00 | $217.50 |
| 11/13/2023 | ECO | CA | Prepare pro hac vice motions for Hogan Lovells attorneys. | 0.50 | 725.00 | $362.50 |
| 11/13/2023 | ECO | CA | Prepare e-mail to Katherine Lynn re notice of appearance/pro hac vice motions. | 0.10 | 725.00 | $72.50 |
| 11/13/2023 | ECO | CA | Review e-mails from Hogan Lovells re notice of appearance/pro hac vice motions; make revisions and coordinate filing. | 0.30 | 725.00 | $217.50 |
| 11/14/2023 | MNF | CA | Review docket and Prepare critical dates memo | 2.00 | 545.00 | $1,090.00 |
| 11/15/2023 | MNF | CA | Review docket/Update critical dates memo; send same | 0.70 | 545.00 | $381.50 |
| 11/17/2023 | MNF | CA | Review docket re: updates to 2002 list | 0.50 | 545.00 | $272.50 |
| 11/20/2023 | MNF | CA | Critical dates memo | 0.30 | 545.00 | $163.50 |
| | | | | **4.90** | | **$2,922.50** |
| **Claims Administration and Objections** | | | | | | |
| 11/28/2023 | ECO | CO | Review docket/filings re Debtors' schedules and prepare notes re bar dates. | 0.20 | 725.00 | $145.00 |
| | | | | **0.20** | | **$145.00** |
| **Other Professional Compensation** | | | | | | |
| 11/21/2023 | MNF | CPO | Review docket re: Professional Compensation order/ coordinate fee app service list prep | 0.40 | 545.00 | $218.00 |
| | | | | **0.40** | | **$218.00** |
| **Contract and Lease Matters** | | | | | | |
| 11/14/2023 | ECO | EC | Review objection to lease rejection motion filed by SCG Capital. | 0.10 | 725.00 | $72.50 |
| | | | | **0.10** | | **$72.50** |

Pachulski Stang Ziehl & Jones LLP

Unconditional Love O.C.C.

Client 88119.00002

Page:    8

Invoice 136179

November 30, 2023

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Financing/Cash Collateral/Cash Management

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/13/2023 | ECO | FN | Review DIP issues list. | 0.40 | 725.00 | $290.00 |
| 11/13/2023 | ECO | FN | Review e-mail from Edward McNeilly re objection to final DIP order. | 0.10 | 725.00 | $72.50 |
| 11/13/2023 | ECO | FN | Review draft DIP objection. | 0.80 | 725.00 | $580.00 |
| 11/13/2023 | ECO | FN | Research re precedent on certain provisons in proposed final DIP order. | 2.90 | 725.00 | $2,102.50 |
| 11/13/2023 | ECO | FN | Make revisions to draft DIP objection. | 1.40 | 725.00 | $1,015.00 |
| 11/13/2023 | ECO | FN | Prepare e-mail to Edward McNeilly/Katherine Lynn re comments/additions to DIP objection. | 0.20 | 725.00 | $145.00 |
| 11/13/2023 | ECO | FN | Followup e-mails with Katherine Lynn re DIP objection. | 0.20 | 725.00 | $145.00 |
| 11/13/2023 | ECO | FN | Review correspondence/drafts with Hogan Lovells/Debtors' counsel re proposed orders/DIP terms. | 0.30 | 725.00 | $217.50 |
| 11/14/2023 | ECO | FN | E-mails with Edward McNeilly and Katherine Lynn re information for DIP objection and bid procedures objection. | 0.20 | 725.00 | $145.00 |
| 11/14/2023 | ECO | FN | Research cases re investigation budget and make revisions to draft DIP objection. | 1.40 | 725.00 | $1,015.00 |
| 11/14/2023 | ECO | FN | Research/review cases re carve-out provisions and revise draft DIP objection. | 2.20 | 725.00 | $1,595.00 |
| 11/14/2023 | ECO | FN | Prepare e-mail to Edward McNeilly re revisions/comments on DIP objection and bid procedures objection. | 0.20 | 725.00 | $145.00 |
| 11/14/2023 | ECO | FN | Review DIP credit agreement supplied by Debtors' counsel. | 0.20 | 725.00 | $145.00 |
| 11/16/2023 | ECO | FN | Conference call with Hogan Lovells/Debtors' counsel re discussion of DIP issues. | 0.40 | 725.00 | $290.00 |
| 11/17/2023 | ECO | FN | E-mails with Edward McNeilly/Katherine Lynn re update on DIP/bid procedures discussions and objections. | 0.10 | 725.00 | $72.50 |
| 11/17/2023 | ECO | FN | E-mails with Laura Davis Jones/Edward McNeilly re DIP/bid procedures discussions and finalizing objections. | 0.30 | 725.00 | $217.50 |
| | | | | **11.30** | | **$8,192.50** |

Pachulski Stang Ziehl & Jones LLP
Unconditional Love O.C.C.
Client 88119.00002

Page:      9
Invoice 136179
November 30, 2023

**Meetings of and Communications with Creditors**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/18/2023 | ECO | MC | Review Meeting of Creditors notice. | 0.10 | 725.00 | $72.50 |
| | | | | **0.10** | | **$72.50** |

**PSZJ Retention**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/19/2023 | ECO | RP | Prepare PSZJ retention application. | 2.60 | 725.00 | $1,885.00 |
| 11/19/2023 | ECO | RP | Prepare e-mail to Laura Davis Jones re PSZJ retention application. | 0.10 | 725.00 | $72.50 |
| 11/19/2023 | LDJ | RP | Review draft PSZJ retention app, and related docs | 0.30 | 1,745.00 | $523.50 |
| | | | | **3.00** | | **$2,481.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$27,699.50**

Pachulski Stang Ziehl & Jones LLP                                    Page:    10
Unconditional Love O.C.C.                                            Invoice 136179
Client 88119.00002                                                  November 30, 2023

---

**Expenses**

| | | | |
|---|---|---|---|
| 11/14/2023 | FF | Courts USDC - DE, LDJ | 25.00 |
| 11/15/2023 | RE2 | ( 4 @0.10 PER PG) | 0.40 |
| 11/15/2023 | RE2 | ( 2 @0.10 PER PG) | 0.20 |
| 11/17/2023 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/17/2023 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 11/17/2023 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 11/17/2023 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 11/17/2023 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/17/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/17/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/17/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/17/2023 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/17/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/17/2023 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/17/2023 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 11/17/2023 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 11/17/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/17/2023 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 11/17/2023 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 11/17/2023 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 11/17/2023 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 11/17/2023 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 11/17/2023 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/17/2023 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 11/17/2023 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/17/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/17/2023 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/17/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |

| | | | |
|---|---|---|---|
| 11/17/2023 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 11/17/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/17/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/17/2023 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 11/17/2023 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/17/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/17/2023 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/17/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/17/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/17/2023 | RE2 | SCAN/COPY ( 49 @0.10 PER PG) | 4.90 |
| 11/17/2023 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 11/17/2023 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 11/17/2023 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 11/17/2023 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 11/17/2023 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 11/17/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/17/2023 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/17/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/17/2023 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 11/17/2023 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/17/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/17/2023 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 11/17/2023 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/17/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/17/2023 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 11/17/2023 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 11/17/2023 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 11/17/2023 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 11/17/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP                          Page:    12
Unconditional Love O.C.C.                                  Invoice 136179
Client 88119.00002                                         November 30, 2023

---

| 11/17/2023 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |
| 11/17/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/17/2023 | RE2 | SCAN/COPY ( 39 @0.10 PER PG) | 3.90 |
| 11/17/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/17/2023 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/17/2023 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 11/17/2023 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/17/2023 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 11/17/2023 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 11/17/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/17/2023 | RE2 | SCAN/COPY ( 54 @0.10 PER PG) | 5.40 |
| 11/17/2023 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 11/17/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/20/2023 | RE2 | ( 2 @0.10 PER PG) | 0.20 |
| 11/20/2023 | RE2 | ( 2 @0.10 PER PG) | 0.20 |
| 11/20/2023 | RE2 | SCAN/COPY ( 49 @0.10 PER PG) | 4.90 |
| 11/20/2023 | RE2 | SCAN/COPY ( 41 @0.10 PER PG) | 4.10 |
| 11/20/2023 | RE2 | SCAN/COPY ( 121 @0.10 PER PG) | 12.10 |
| 11/20/2023 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/20/2023 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 11/20/2023 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 11/20/2023 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 11/20/2023 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 11/20/2023 | RE2 | SCAN/COPY ( 43 @0.10 PER PG) | 4.30 |
| 11/20/2023 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 11/20/2023 | RE2 | SCAN/COPY ( 131 @0.10 PER PG) | 13.10 |
| 11/20/2023 | RE2 | SCAN/COPY ( 121 @0.10 PER PG) | 12.10 |
| 11/20/2023 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 11/20/2023 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    13
Unconditional Love O.C.C.                                            Invoice 136179
Client 88119.00002                                                   November 30, 2023

| 11/20/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/20/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/20/2023 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/20/2023 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/20/2023 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 11/30/2023 | PAC | Pacer - Court Research | 73.90 |

**Total Expenses for this Matter**                            **$248.40**